

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2022

No. 04-22-00485-CR

**EX PARTE** Jose Eliseo Bonilla **PAZ**

From the County Court, Kinney County, Texas
Trial Court No. 10458CR
Honorable Dennis Powell, Judge Presiding

# O R D E R

Appellant's brief originally is due to be filed on September 28, 2022. On September 20, 2022, appellant filed an unopposed motion for a sixty-day extension of time to file the brief. Appellant's motion is GRANTED, and appellant is ORDERED to file his brief **no later than November 28, 2022**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court